**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: June 28, 2023
Docket #: 22-135cv
Short Title: United States Securities and E v. Ahmed

DC Docket #: 15-cv-675
DC Court: CT (NEW HAVEN)
DC Docket #: 15-cv-675
DC Court: CT (NEW HAVEN)
DC Docket #: 15-cv-675
DC Court: CT (NEW HAVEN)
DC Docket #: 15-cv-675
DC Court: CT (NEW HAVEN)
DC Judge: Arterton
DC Judge: Spector

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.